IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 OCT 17  PM 12: 28

AT BALTIMORE

BY_____DEPUTY

Shaomin , Sui

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

First advantage background service
corp.
Equifax  ,  Experian

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. __**JFM 16 CV 3454**__

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
          *(check one)*

# I.   The Parties to This Complaint

## A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Shaomin Sui |
| Street Address | 2903 Burrows Lane |
| City and County | Ellicott city    Howard |
| State and Zip Code | MD   21043 |
| Telephone Number | 240 751 8229 |
| E-mail Address | Sui.shaomin@hotmail.com |

## B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | First advantage background service corp. |
| Job or Title (if known) | |
| Street Address | 1 concourse parkway NE. suite 200 |
| City and County | Atlanta |
| State and Zip Code | GA    30328 |
| Telephone Number | 800 845 6004 |
| E-mail Address (if known) | |

2

Defendant No. 2

Name __Equifax__

Job or Title
(if known) _____

Street Address __1550 peach tree street NW__

City and County __Atlanta , Fulton County__

State and Zip Code __GA 30309__

Telephone Number __404 885 8000__

E-mail Address
(if known) _____

Defendant No. 3

Name __experian__

Job or Title
(if known) _____

Street Address __475 Anton Blvd__

City and County __Costa Mesa , Orange county__

State and Zip Code __CA 92626__

Telephone Number __7148300700__

E-mail Address
(if known) _____

Defendant No. 4

Name _____

Job or Title
(if known) _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address
(if known) _____

*(If there are more than four defendants, attach an additional page
providing the same information for each additional defendant.)*

3

Defendants.

b.

1). First advantage background service corp.

GA.

2). Equifax

GA

2) Experian

CA

II.     **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

   ☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

_____

_____

_____

B.      **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

        a.      If the plaintiff is an individual

                The plaintiff, *(name)* __Shaomin Sui__, is a citizen of
                the State of *(name)* __Maryland__.

        b.      If the plaintiff is a corporation ~~First advantage background service corp.~~
                The plaintiff, *(name)* _____, is incorporated
                under the laws of the State of *(name)* ~~USA~~_____,
                and has its principal place of business in the State of *(name)*
                _____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or is a citizen of*
        *(foreign nation)* _____.

    b. If the defendant is a corporation
        The defendant, *(name)* First advantage background Corp. *service*, is
        incorporated under the laws of the State of *(name)*
        _____GA_____, and has its principal place of
        business in the State of *(name)* _____. *Or is*
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *see attached*

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

100 Million
First advantage background corp. makes me ~~tas~~ that
it is impossible to find a job.

III.   **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

During I was looking for a job, the employer asked First advantage background service corp. to check my background. The background check report that First advantage made stated that I was ineligible for hire because social security verification problem. I sent a dispute to First advantage with copies of my SSN card and my Driver license. But they keep same decision. the report made me lost my job.

Due to this wrong report, I will have same situation when I go to other employers. the report that First advantage made will make me impossible to find a job.

see attached files.

thanks.

6

IV.   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to
order. Do not make legal arguments. Include any basis for claiming that the wrongs
alleged are continuing at the present time. Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts. Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages. For any request for injunctive relief, explain why
monetary damages at a later time would not adequately compensate you for the injuries
you sustained, are sustaining, or will sustain as a result of the events described above, or
why such compensation could not be measured.

1. it is impossible for me to find a job with this background
   check report
2. it is about my whole life and my families.
3. I am asking a 100 million or correct my report right away (in 3 days)
4. cost ~~due to the case~~ any cost during the case.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Oct. 17_, 20_16_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____Shaomin Sui_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
Telephone Number    _____
Email Address    _____